FILED
CLERK, U.S. DISTRICT COURT
APR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Juan Sanchez ) <br> ) <br> Defendant. ) <br> ) | Case No.: 00-CR-00265-AHM-3 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Absence of Background information, Bail Resources_

AND TIES TO THE AREA, AS WELL AS DEFENDANTS UNDOCUMENTED STATUS.

(and)/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: THE PRIOR CRIMINAL HISTORY OF THE DEFENDANT

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/10/09

Carla M. Woehrle

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE